**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kenneth M Miller** : Case No. 13−70483−JAD
*Debtor(s)* : Chapter: 13
:
:
:
: Issued Per Aug. 11, 2016 Proceeding
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***12th day of August, 2016,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 13-70483-JAD
Kenneth M Miller                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel          Page 1 of 1          Date Rcvd: Aug 12, 2016
                              Form ID: 309        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db         +Kenneth M Miller,    6408 Somerset Pike,   Boswell, PA 15531-1930
intp       +Stoystown Tank and Steel Company,    Attn: Payroll Department,    235 Reading Mine Road,
             P.O. Box 239,    Stoystown, PA 15563-0239
13664605   +Citifinancial,    Bankruptcy Dept.,   P.O. Box 140489,   Irving, TX 75014-0489
13755654  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy Department,
             350 Highland Drive,    Lewisville, Texas 75067)
13664606   +Nationstar Mortgage,    P.O. Box 650783,   Dallas, TX 75265-0783
13664607   +Nationwide Insurance Headquarters,    One Nationwide Plaza,   Columbus, OH 43215-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13738215    EDI: BECKLEE.COM Aug 13 2016 00:43:00     American Express Centurion Bank,
             c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13664603   +EDI: AMEREXPR.COM Aug 13 2016 00:43:00     Amex,   P.O. Box 297871,
             Fort Lauderdale, FL 33329-7871
13671652   +EDI: ACCE.COM Aug 13 2016 00:43:00     Asset Acceptance LLC,   P.O. Box 2036,
             Warren, MI 48090-2036
13664604   +EDI: STFC.COM Aug 13 2016 00:43:00     CACH, LLC,   4340 South Monaco Street,   Unit 2,
             Denver, CO 80237-3581
13664608   +E-mail/Text: bankruptcydepartment@tsico.com Aug 13 2016 00:59:52     NCO Financial,
             P.O. Box 15636,    Wilmington, DE 19850-5636
13745285    EDI: PRA.COM Aug 13 2016 00:43:00     Portfolio Recovery Associates, LLC,   PO Box 12914,
             Norfolk VA 23541
13664609   +EDI: CITICORP.COM Aug 13 2016 00:43:00     THD/Cbna,   P.O. Box 6497,
             Sioux Falls, SD 57117-6497
13664610   +EDI: VERIZONEAST.COM Aug 13 2016 00:43:00     Verizon Pennsylvania,   500 Technology Drive,
             Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
13738216*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Kenneth M Miller thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5